IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JASON O'BRIEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:13-cv-409 (MTT) (CHW) |
| | : | |
| CAROLYN W. COLVIN, | : | Social Security Appeal |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## RECOMMENDATION

Now before the Court is the Commissioner's Motion to Reverse and Remand this case under "sentence four" of 42 U.S.C. § 405(g). (Doc. 18). The Commissioner has informed the Court, through her Motion, that Plaintiff consents. Accordingly, it is hereby **RECOMMENDED** that the Court **REVERSE** and **REMAND** Plaintiff's case to the Commissioner for further proceedings. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation with the District Judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 22nd day of July, 2014.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1