**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **JASON O'BRIEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:13-CV-409 (MTT)** |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle to reverse and remand the Plaintiff's case to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g).  (Doc. 19).  The Commissioner moved to remand the case and informed the Court through her motion that the Plaintiff consents.  (Doc. 18).  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the case is **REVERSED and REMANDED** for further proceedings.

**SO ORDERED,** this 12th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT