IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JASON O'BRIEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 5:13-CV-409 (MTT) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

### ORDER

Before the Court is the Plaintiff's motion for attorney's fees (Doc. 22) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following the remand of his claim for Social Security benefits.  The Act provides that a prevailing plaintiff may recover attorney's fees incurred in a suit against the United States unless the position of the United States was "substantially justified or…special circumstances make an award unjust."  28 U.S.C. § 2412(d)(1)(A).  On August 12, 2014, the Court adopted the Magistrate Judge's Recommendation reversing and remanding this action for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g).  (Doc. 20).  A claimant who obtains a court order remanding his Social Security claim to the Commissioner for further proceedings is a prevailing party for purposes of the Equal Access to Justice Act. *Shalala v. Schaefer*, 509 U.S. 292, 300-01 (1993).

As the prevailing party, the Plaintiff now requests attorney's fees in the amount of $3,655.31 for 26.25 hours of work.  The United States does not contend that its position was substantially justified and does not object to the Plaintiff's request.  (Doc. 23).

-2-

Accordingly, the Plaintiff's motion for attorney's fees (Doc. 22) is **GRANTED**.   It is **ORDERED** that the Plaintiff receive attorney's fees in the amount of $3,655.31.

**SO ORDERED,** this 15th day of September, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT